**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00445-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILLIP DAVID HERNANDEZ,

    Defendant.

---

## ORDER CANCELLING THE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

This matter is before the Court on Defendant's Motion to Cancel Writ of Habeas Corpus ad Prosequendum (Doc. #45) and the Government's Response (Doc. #47). The Government does not object to the Defendant's Motion to cancel the Writ. It is, therefore,

ORDERED that Defendant's Motion to Cancel Writ of Habeas Corpus ad Prosequendum (Doc. #45) is GRANTED. The Writ of Habeas Corpus ad Prosequendum (Doc. #6), issued on December 4, 2014, is cancelled.

    DATED: February 17, 2016

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge